**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No: 2:11-00002 |
| **v.** | ) |
| | ) JUDGE TRAUGER |
| | ) |
| **VANESSA MIMS** | ) |

**DEFENDANT MIMS' MOTION TO STRIKE MOTION
FOR DOWNWARD DEPARTURES AND A VARIANCE**

Defendant Vanessa Mims hereby moves this Honorable Court to Strike the Motion for Downward Departures And A Variance filed this day (D.E. 1281). In addition, Mrs. Mims and her counsel hereby move the Court to strike the portions of the Sentencing Memorandum in which Mrs. Mims requests downward departures and a variance pursuant to 18 U.S.C. Section 3553(a) (D.E. 1283). In support of this Motion, defense counsel states that she forgot that the Plea Agreement prohibits such arguments. Defense counsel apologizes for this error.